IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NADEEN ALSAADI,**

    **Plaintiff,**

v.                                                                   2:23-cv-00291-DHU-KRS

**SAULSBURY INDUSTRIES, INC.**

    **Defendant.**

### STIPULATED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT

Before the Court is Plaintiff's Unopposed Motion to Amend Complaint, (Doc. 22). The Court is fully apprised and finds that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Unopposed Motion to Amend Complaint, (Doc. 22), is GRANTED. Plaintiff shall file the Amended Complaint **on or before July 21, 2023**.

    **IT IS SO ORDERED.**

_____
HON. KEVIN R. SWEAZEA
United States Magistrate Judge

**Submitted:**

LAW OFFICE OF JAMISON BARKLEY, LLC

By:   <u>/s/ Jamison Barkley</u>
316 Garfield St.
Santa Fe, NM 87501
(505) 995-9602
jamison@jamisonbarkley.com
*Plaintiff's Counsel*


**Approved:**

<u>*Via-email on 07/13/2023*</u>
Littler Mendelson, P.C.
Shawn Oller
Yijee Jeong (*Pro Hac Vice*)
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
(602) 474-3600
soller@littler.com
yjeong@littler.com
*Attorneys for Defendant Saulsbury Industries, Inc.*