**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**


**NADEEN ALSAADI,**

      **Plaintiff,**

**v.**                                    **2:23-cv-00291-DHU-KRS**

**SAULSBURY INDUSTRIES, INC.**

      **Defendant.**


**STIPULATED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO**
**FILE SECOND AMENDED COMPLAINT**

      Before the Court is Plaintiff's Unopposed Motion to File Second Amended Complaint. The Court is fully apprised and finds that the Motion is well-taken and should be GRANTED.

      **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Unopposed Motion to file Second Amended Complaint is hereby GRANTED.  Plaintiff shall filed the Second Amended Complaint **on or before August 4, 2023.**

      **IT IS SO ORDERED.**


_____
HON. KEVIN R. SWEAZEA
United States Magistrate Judge


**Submitted:**

LAW OFFICE OF JAMISON BARKLEY, LLC

By:  _/s/ Jamison Barkley_
316 Garfield St.
Santa Fe, NM 87501
(505) 995-9602

jamison@jamisonbarkley.com
*Plaintiff's Counsel*

**Approved:**

***Via-email on 08/02/2023***
Littler Mendelson, P.C.
Shawn Oller
Yijee Jeong (*Pro Hac Vice*)
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
(602) 474-3600
soller@littler.com
yjeong@littler.com
*Attorneys for Defendant*
*Saulsbury Industries, Inc.*