IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NADEEN ALSAADI,

      Plaintiff,

v.                                                                       2:23-cv-291 DHU/KRS

SAULSBURY INDUSTRIES, INC.,

      Defendant.

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRETRIAL DEADLINES

THIS MATTER is before the Court upon the parties' Joint Motion for Extension of Pretrial Deadlines, filed September 26, 2023. [Doc. 38]. Having considered the Motion, the record of the case, and having conferred with the presiding judge, the Court GRANTS the Motion and extends the parties' pretrial deadlines as follows:

1. Deadline for Plaintiff's expert reports: November 27, 2023.

2. Deadline for Defendant's expert reports: December 28, 2023.

3. Termination of discovery: January 24, 2024.

4. Deadline to supplement discovery/disclosures: Due thirty (30) days after a party learns of the existence of supplemental information or documents.

5. Motions relating to discovery: February 7, 2024.

6. All other motions due: March 6, 2024.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE