IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NADEEN ALSAADI,

    Plaintiff,

vs.                                               No: 2:23-cv-00291-DHU-KRS

SAULSBURY INDUSTRIES, INC.,

    Defendant.

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO MOVE TO COMPEL DISCOVERY UNDER D.N.M. LR-CIV. 26.6**

THIS MATTER comes before the Court on the Parties' Joint Motion to Extend the Deadline to Move to Compel Discovery Responses Under D.N.M. LR-Civ. 26.6 ("Motion") [Doc. 40, filed September 29, 2023]. The Court being fully apprised finds that the Motion is well-taken and is **GRANTED**.

It is therefore **ORDERED** that the Parties' deadline to move to compel discovery pursuant to D.N.M. LR-Civ. 26.6 and 37.1 is hereby extended to October 20, 2023.

                                            Kevin R. Sweazea
                                            United States Magistrate Judge

SUBMITTED AND APPROVED:

LAW OFFICE OF JAMISON BARKLEY, LLC

By:  <u>/s/ Jamison Barkley</u>

316 Garfield St.
Santa Fe, NM 87501
(505) 995-9602
jamison@jamisonbarkley.com
*Plaintiff's Counsel*

Littler Mendelson, P.C.
Shawn Oller
Yijee Jeong (*Pro Hac Vice*)
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
(602) 474-3600
soller@littler.com
yjeong@littler.com
*Attorneys for Defendant*
*Saulsbury Industries, Inc*

4867-8806-7971.1 / 118686-1002