IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NADEEN ALSAADI,

        Plaintiff,                      No: 2:23-cv-00291-KG-KRS

vs.

SAULSBURY INDUSTRIES, INC.,

        Defendant.

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO MOVE TO COMPEL DISCOVERY UNDER D.N.M. LR-CIV. 26.6

THIS MATTER comes before the Court on the Parties' Joint Motion to Extend the Deadline to Move to Compel Discovery Responses Under D.N.M. LR-Civ. 26.6 ("Motion") [Doc. 50]. The Court being fully apprised finds that the Motion is well-taken and is **GRANTED**.

It is therefore **ORDERED** that the Parties' deadline to move to compel discovery pursuant to D.N.M. LR-Civ. 26.6 and 37.1 is hereby extended to October 27, 2023.

                                              Kevin R. Sweazea
                                              United States Magistrate Judge

APPROVED:

*/s/ Jamison Barkley (with permission 2023.10.20)*
Jamison Barkley
jamison@jamisonbarkley.com
LAW OFFICE OF JAMISON BARKLEY, LLC
316 Garfield St.
Santa Fe, NM 87501
Telephone: 505.995.9602

*Attorney for Plaintiff*

SUBMITTED BY:

*/s/ Yijee Jeong*
R. Shawn Oller, Bar No. 8787
soller@littler.com
Yijee Jeong *(Pro Hac Vice)*
yjeong@littler.com

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
Telephone: 602.474.3600
Facsimile:602.957.1801

*Attorneys for Defendant*