IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NADEEN ALSAADI,

      Plaintiff,

v.                                                          2:23-cv-291 KG/KRS

SAULSBURY INDUSTRIES, INC.,

      Defendant.

## ORDER FOR EXPEDITED BRIEFING

THIS MATTER is before the Court on Defendant's Second Motion for Extension of Pretrial Deadlines and Request for Expedited Briefing, (Doc. 73), filed November 22, 2023. Defendant asks the Court to extend the parties' pretrial deadlines by 60 days and states the motion is opposed. Considering the parties' impending expert report deadlines, the Court hereby orders expedited briefing on the Motion as follows:

1.     Plaintiff's response to the Motion is due by **December 1, 2023**; and

2.     Defendant's reply is due by **December 6, 2023**.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE