IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NADEEN ALSAADI,**

    **Plaintiff,**

                                                       2:23-cv-00291-KG-KRS

v.

**SAULSBURY INDUSTRIES, INC.,**

    **Defendant.**

## PLAINTIFF'S RULE 26 EXPERT DISCLOSURE

COMES NOW Plaintiff NADEEN ALSAADI, by and through Counsel, LAW OFFICE OF JAMISON BARKLEY, LLC (Jamison Barkley), and provides this list of expert witnesses she intends to call at trial of this matter pursuant to Fed. R. Civ. P. 26(a)(2).

1. Lisa Enkoff, MILR, SHRM-SCP, THRP
   Human Resources Consultant
   REDW Advisors & CPAs
   7425 Jefferson St. NE
   Albuquerque, NM 87109
   lisa.enkoff@redw.com
   (505) 998-3200

Ms. Lisa Enkoff is expected to testify as to applicable human resources practices, concepts, and standard(s) of care. Ms. Enkoff will testify as to how Defendant's conduct fell short of the standard. Plaintiff is producing Ms. Enkoff's written report and associated materials contemporaneously to Defendant as ALSAADI 282-345. See Fed. R. Civ. P. 26(a)(2)(B).

        Respectfully submitted:

        LAW OFFICE OF JAMISON BARKLEY, LLC

By:   **/s/ Jamison Barkley**
     316 Garfield St.
     Santa Fe, NM 87501
     (505) 995-9602
     jamison@jamisonbarkley.com
     *Plaintiffs' Counsel*

**CERTIFICATE OF SERVICE**

I, HEREBY CERTIFY that on this 27th day of November 2023, I filed the foregoing pleading electronically through the Court's CM/ECF system, which caused the following counsel of record to be served by electronic means, as more fully reflected of the Notice of Electronic filing:

**/s/ Jamison Barkley**

Littler Mendelson, P.C.
Shawn Oller
Yijee Jeong (*Pro Hac Vice*)
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
(602) 474-3600
soller@littler.com
yjeong@littler.com
*Attorneys for Defendant*