IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NADEEN ALSAADI,

      Plaintiff,                                  No: 2:23-cv-00291-KG-KRS

vs.

SAULSBURY INDUSTRIES, INC.,

      Defendant.

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO MOVE TO COMPEL DISCOVERY UNDER D.N.M. LR-CIV. 26.6

THIS MATTER comes before the Court on Defendant Saulsbury Industries Inc.'s Unopposed Motion to Extend the Deadline to Move to Compel Discovery Responses Under D.N.M. LR-Civ. 26.6 ("Motion") [Doc. 84, filed December 4, 2023]. The Court being fully apprised finds that the Motion is well-taken and is **GRANTED**.

It is therefore **ORDERED** that Defendant's deadline to move to compel discovery pursuant to D.N.M. LR-Civ. 26.6 and 37.1 is hereby extended to December 8, 2023.

                                                   Kevin R. Sweazea
                                                   United States Magistrate Judge

SUBMITTED BY:

*/s/ R. Shawn Oller*
R. Shawn Oller, Bar No. 8787
soller@littler.com
Yijee Jeong (*Pro Hac Vice*)
yjeong@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
Telephone: 602.474.3600
Facsimile:602.957.1801

*Attorneys for Defendant*