COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIVISION NO. 2

ENTERED
JAN 0[?] [2023]
BRANDI DUVALL, CLERK
WARREN CIRCUIT/DISTRICT COURT

INDICTMENT NO. 23-CR-0004
22-F-00286

COMMONWEALTH OF KENTUCKY ........................................................ PLAINTIFF

V.

**ORDER ON PLEA OF GUILTY**

Nadeen H. Al Saadi ........................................................ DEFENDANT

The Defendant has appeared this day in open Court, in person and with aid of counsel, Blake Beliles and desires to withdraw his / her former plea of "NOT GUILTY" and enter a plea of "GUILTY" to the following charge(s):

ct. 1: Fleeing or Evading Police 1ST Degree
ct. 2: Operating a Motor Vehicle while Under the Influence of Intoxicants 1ST Offense w/ 10 years

And Defendant having stated to the Court that:

1. My full name is Nadeen H. Al Saadi
I am the same person named in the Indictment / Information.

2. My judgement is not now impaired by drugs, alcohol, or medication.

3. I have reviewed a copy of the Indictment / Information and told my attorney all the facts known to me concerning my charges. I believe he / she is fully informed about my case. We have fully discussed, and I understand, my charges and any possible defenses to them. I am satisfied with the advice my attorney has give me, and I have had all the time I wish to confer with my attorney.

4. I understand that I may plead "NOT GUILTY" to any charge against me, in which event the Constitution would guarantee me the following rights.

   (a). The right not to testify against myself;
   (b). The right to a speedy and public trial by jury at which I would be represented by counsel and the Commonwealth would have to prove my guilt beyond a reasonable doubt;
   (c). The right to confront and cross-examine all witnesses to testify against me;
   (d). The right to produce and evidence, including attendance of witnesses, in my favor;

**EXHIBIT 4**

ALSAADI 000346

(e). The right to appeal my case to a higher court.

I understand that if I plead "GUILTY", I waive these rights.

5. I understand that if I plead "GUILTY", the Court may impose any punishment within the range provided by law and that although it may consider the Commonwealth's recommendation, the Court may reject it.

6. I understand that if the Court rejects the plea agreement, it must so inform me and allow me to either persist in my guilty plea in which case I may received a less favorable disposition of my case than is contemplated in the plea agreement or withdraw my guilty plea and proceed to trial. I further understand that the Court may wait until it reviews a presentence report regarding the history of the case and my background before it must inform me if it will accept the plea agreement.

7. In return for my guilty plea, the Commonwealth has agreed to recommend to the Court the sentence(s) set forth below. Other than that recommendation, no one, including my attorney, has promised me any other benefit in return for my guilty plea nor has anyone forced or threatened me to plead "GUILTY". I am not pleading "GUILTY" to protect another person from prosecution.

On a plea of guilty, the Commonwealth recommends: ct 1: 2 years pretrial diversion for 3 years. ct: 2: $200.00 Fine, 2 days jail, Complete D.U.I. classes, $425.00 service fee, license revocation, credit 2 days.

I understand that under the original charge(s) against me I could be sentenced for as long as __5__ years.

8. Because I am guilty and make no claim of innocence, I wish to plead "GUILTY".

9. I declare my plea of "GUILTY" is freely, knowingly, intelligently, and voluntarily made, that I have been represented by competent counsel, and that my attorney has fully explained my constitutional rights to me. I understand the nature of this proceeding and all matters contained in this document.

10. I understand that if I am convicted of a methamphetamine related offense or offense related to anhydrous ammonia found in KRS Chapter 218A.250, or 514, it shall be unlawful for me to possess ephedrine, pseudoephedrine, phenylpropanolamine, their salts or optical isomers, or salts of optical isomers until five years following my conviction, discharge from incarcerations or release from probation, shock probation, parole, or other form of conditional charge, whichever is later.

11. I understand that because of my conviction here today, I may be subject to greater / enhanced penalties if found guilty and / or convicted of any future criminal offenses. I understand that if I am not a United States citizen, I may be subject to deportation pursuant to the laws and regulations governing the United States Immigration and Customs Enforcement.

12. I have been advised that certain Class D felony convictions may be eligible to be vacated and the records expunged pursuant to KRS 431.073. Not all Class D felony convictions are subject to this statutory provision.

13. I have read this document in its entirety, or this document has been read to me or has been interpreted for me. I understand the complete terms of this plea and all the obligations imposed upon me by its terms.

Signed in open Court in the presence of my attorney this **3rd** day of **January**, 20**23**.

_____           _Nadeey Alsaadi_
ATTORNEY FOR THE DEFENDANT                  DEFENDANT

NOW, THEREFORE, IT IS ORDERED that the Court accepts the plea of guilty and the Defendant is guilty as charged. However, the entry of Judgement imposing a sentence is postponed and suspended pending a Presentence Investigation. The Final Sentencing hearing shall be held on _____, 20___ at _____ a.m. / p.m. for the purpose of determining whether the Defendant should receive a sentence of probation, a sentence of imprisonment, or a sentence of conditional discharge.

IT IS HEREBY ORDERED that the Division of Probation and Parole prepare a written report of its Presentence Investigation to be available on the above date and time.

This **3** day of **Jan**, 20**23**.

_____
HON. JOHN R. GRISE, JUDGE
WARREN CIRCUIT COURT, DIV. 2

CLERK SEND COPIES TO:
COMMONWEALTH'S ATTORNEY - J.S.-95-
DEFENDANT'S ATTORNEY - Blake Beliles
PROBATION AND PAROLE -

ALSAADI 000348

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIVISION 2
CASE NO. 23-CR-0004
22-F-00286

ORDER GRANTING PRETRIAL DIVERSION
OF A CLASS D FELONY
(ORDER ON PLEA OF GUILTY MUST ALSO BE FILED)

ENTERED
JAN [illegible]
BRANDI DUVALL, CLERK
WARREN CIRCUIT/DISTRICT COURT

COMMONWEALTH OF KENTUCKY     PLAINTIFF

V.

Nadeen H. Al Saadi     DEFENDANT

THE COURT MAKES THE FOLLOWING FINDINGS OF FACT:

1. The defendant, appearing in court with counsel, __Blake Beliles__, is charged with __Fleeing or Evading Police, 1st Degree__, a Class D felony. He/She as applied to the Commonwealth and to the Court for Pretrial Diversion. He/She has not participated in a diversion program in the last (5) years.

2. The defendant has not had a felony conviction in the ten (10) years prior to commission of the current offense, nor has he/she been on probation or parole or released from felony incarceration within the ten (10) years prior to commission of the current offense.

3. The defendant has freely, knowingly, voluntarily, and intelligently entered (✓) a plea of guilty or ( ) a plea pursuant to **North Carolina v. Alford.**

4. The defendant is eligible for probation, parole, or conditional discharge under KRS 532.045 as well as early release under KRS 189A.010(8) an KRS 189A.120(2).

5. The defendant has waived the right to a speedy trial or disposition of the charge against him/her.

6. Counsel has explained to the defendant the terms and conditions of the Pretrial Diversion recommended by the Commonwealth. The defendant has agreed to the terms and conditions and has **freely,** voluntarily, intelligently, and knowingly entered into the agreement with the Commonwealth.

**EXHIBIT 5**

7. The Commonwealth has (X) secured the defendant's criminal history, ( ) interviewed the victim and /or the victim's family, and (X) made a written recommendation to the Court in response to the application for Pretrial Diversion.

8. The Commonwealth has recommended Pretrial Diversion.

9. The Commonwealth has recommended __2__ year(s) as thee appropriate sentence to be imposed in the event the defendant fails to successfully complete the terms and conditions of the diversion and the Court voids the agreement.

NOW THEREFORE, IT BE ORDERED:

1. The Court **GRANTS** the Motion for Pretrial Diversion of a Class D Felony.

2. The Court imposes the following terms and conditions of Pretrial Diversion:

   A. The period of Pretrial Diversion shall be __3 years__.

   B. The diversion is to be ( ) unsupervised OR (X) supervised. A month supervision fee of $ __25__ shall be paid to Probation & Parole. ($25 recommended; No less than $10) *for 1 year if compliant*

( ) C. Restitution shall be paid to _____ through the Warren Circuit Court Clerk in the amount of $_____ (plus a 5% Clerk's fee) at the rate of _____. The defendant shall appear in court on _____, 20___ at _____ a.m./p.m. for a restitution hearing. The diversionary period shall not end until restitution is paid in full.

(X) D. Probation and Parole shall conduct home visits.

(X) E. The defendant shall not have access to a handgun or firearm during the pendency of the Pretrial Diversion.

(X) F. The defendant shall obey all rules and regulations imposed by Probation & Parole.

(X) G. As required by KRS 533.030(1) the defendant shall not commit another offense during the period of the Pretrial Diversion. Specifically, the defendant shall have no violation of the Penal Code or the Controlled Substance Act.

(X) H. The defendant shall remain drug and alcohol free and be subject to random testing.

ALSAADI 000353

( )  I. The defendant shall pay $ 165 +25 court costs, $ 200 fine, and $ _____ DPA fee  DUI 425

by  1-8- , 20 24 . The defendant shall appear in court at

2:00 a.m./p.m. on the above date if all costs have been paid in full.

(X)  J. The defendant shall report any new arrest to the Court and the Commonwealth's Attorney's Office. This shall be done within 48 hours of the arrest.

(X)  K. The defendant shall submit to a DNA sample collected by authorized personnel.

(✓)  L. The Clerk shall release the defendant's bond.

(X)  M. Other: Have no new violations of the law, complete ADE classes, do not oper. M.V. w/o valid O.L.

3. If the defendant successfully completes Pretrial Diversion, the charge will be designated as Dismissed-Diverted. The defendant has been advised that upon successful completion of the diversion he/she may petition the Court for expungement of the record.

4. During the Pretrial Diversion, the Court may (a) revoke or modify any condition; (b) change the period of supervision; or (c) discharge the defendant from supervision.

5. If the Court finds the defendant fails to successfully complete Pretrial Diversion and voids the agreement, the Court may impose a sentence equal to or less than the penalty recommended by the prosecutor.

Entered: 1-3 , 20 23

John R. Grise, Judge
Warren Circuit Court, Division 2

I understand the above conditions and agree to enter Pretrial Diversion in lieu of defending myself in further proceedings.

Nadeen Alsaadi
Defendant          Date

_____ 1/3/23
Witness (Defense Attorney)   Date

Approved: _____ 1/3/23
Prosecuting Attorney   Date

ALSAADI 000354

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIVISION 2

NO. 23-CR-0034
23-F-00286

COMMONWEALTH OF KENTUCKY ......................................... PLAINTIFF

V.   JUDGMENT AND SENTENCE ON PLEA OF GUILTY
             (MISDEMEANOR)

Nadeen H Al Saadi ......................................... DEFENDANT
Date of Birth: ███   SSN: ███

Defendant appeared in open court on _January 3_, 20_23_, with counsel, _Blake Buliles_. By agreement with the attorney for the Commonwealth, Defendant withdrew his/her plea of not guilty and entered a plea of GUILTY to the charge(s) contained in the Order on Plea of Guilty.

Finding Defendant understands the nature of the charges against him/her including potential penalties, and finding Defendant understands the rights listed in paragraph four of the Order on Plea of Guilty, the Court finds the guilty plea is made voluntarily, knowingly, and intelligently, and the Court accepts Defendant's guilty plea to the charge(s) to which Defendant entered a guilty plea.

For the purpose of sentencing, the Court inquired of Defendant and counsel whether there was any legal cause why judgment should not be pronounced, and the Court afforded Defendant and counsel the opportunity to make statements in Defendant's behalf and to present any information in mitigation of punishment.

Having given due consideration to the nature and circumstances of the crimes, as well as the history, character, and condition of Defendant, and any matters presented to the Court by Defendant and counsel, the Court finds:

[ ] Imprisonment is necessary for protection of the public because:
    [ ] there is a likelihood that during a period of conditional discharge, Defendant will commit another offense;
    [ ] Defendant is in need of correctional treatment that can be provided most effectively with Defendant's commitment to jail;
    [ ] conditional discharge would unduly depreciate the seriousness of Defendant's crime;
[✓] Defendant is eligible for conditional discharge or conditional discharge with an alternative sentencing plan as hereinafter ordered.

Insufficient cause having been shown why judgment should not be pronounced, it is adjudged by the Court that Defendant is GUILTY of the following charge(s): _Oper. a M.V. while under the Influence of Intoxicants 1st offense_

A. | Defendant is sentenced to:

1. **Court Costs, Restitution, Fees and Fines**
Defendant is ordered to pay:
[✓] Court Costs $ _165 + 25_    [ ] Restitution $ _____
[✓] Fees $ _425 DUI_    [✓] Fines $ _200_

Page 1 of 2

ALSAADI 000349

NO. 23-CR-00004

2. **Method of Payment**
[ ] Court costs are waived due to Defendant having been found to be a "poor person."
[ ] Payment is deferred. All amounts shall be paid in full by __1-8__, 20__24__,
or Defendant shall appear in court on that date at __2__ [ ] a.m. [✓] p.m.
[ ] An installment schedule is established: Beginning _____, 20___
Defendant is ordered to pay $_____ [ ] weekly [ ] every other week
[ ] monthly [ ] other _____ until paid in full.

3. **Directions for Payment of Restitution**
Defendant shall pay restitution pursuant to these conditions:
Restitution shall be paid through the [ ] Circuit Court Clerk with a 5% service fee; OR
[ ] County Attorney for the benefit of _____

4. **Imprisonment**
[✓] Imprisonment for a maximum term of __30 days__ conditionally discharged as stated in the Order of Conditional Discharge.
[ ] Imprisonment for a maximum term of _____ conditionally discharged with an alternative sentence as stated in the Order of Conditional Discharge.
[ ] Imprisonment for a maximum term of _____ to run [ ] concurrently [ ] consecutively with _____

B. It is ORDERED that Defendant's bond:
[✓] be released. If bond was posted by Defendant, bond [✓] shall be [ ] shall not be applied to payment of remaining fines and costs;
[ ] is not released until [ ] further order of the Court [ ] payment of all fines and costs;
[ ] Other: _____

C. It is further ORDERED that:
[ ] Defendant shall not be released from conditional discharge until restitution has been paid in full and Defendant has successfully completed all other aspects of conditional discharge.
[✓] Defendant is hereby credited with time spent in custody prior to sentencing, namely __2__ days towards service of the maximum term of imprisonment.

Date: __Jan. 3__, 20__23__

_____
JOHN R. GRISE, JUDGE
WARREN CIRCUIT COURT, DIVISION 2

Distribution:
[✗] Commonwealth's Attorney - J. Simpson
[✗] Defendant's Attorney - Bk.Fr. Binks
[ ] Defendant
[✗] Other - PTR, BU

Page 2 of 2

ALSAADI 000350