IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NADEEN ALSAADI,

    Plaintiff,

vs.                       No: 2:23-cv-00291-KG-KRS

SAULSBURY INDUSTRIES, INC.,

    Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO MOVE FOR ORDER TO SHOW CAUSE UNDER D.N.M.LR-CIV 26.6 AND 37.1**

After reviewing Defendant's Unopposed Motion to Extend Deadline to Move for Order to Show Cause ("Motion") [Doc. 143, filed March 12, 2024], this Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Defendant's deadline to Move for Order to Show Cause pursuant to D.N.M.LR-Civ. 26.6 and 37.1 is hereby extended to March 15, 2024.

*/s/ Kevin Sweazea*
Kevin R. Sweazea
United States Magistrate Judge