# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

NADEEN ALSAADI,

      Plaintiff,

v.                                                2:23-cv-291 KG/KRS

SAULSBURY INDUSTRIES, INC.,

      Defendant.

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRETRIAL DEADLINES

THIS MATTER is before the Court on the parties' Joint Motion for Extension of Pretrial Deadlines, filed March 25, 2024. (Doc. 156). Having considered the Motion, the record of the case, and relevant law, and having consulted with the presiding judge, the Court grants the Motion and extends the parties pretrial deadlines as follows:

1. Termination of discovery: **May 10, 2024**.

2. Motions relating to discovery: **May 24, 2024**.

3. All other motions[1] due: **June 21, 2024**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.