IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NADEEN ALSAADI,

        Plaintiff,                                No: 2:23-cv-00291-KG-KRS

vs.

SAULSBURY INDUSTRIES, INC.,

        Defendant.

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF FOUR MOTION DEADLINES

After reviewing the Parties' Joint Motion for Extension of Four Motion Deadlines ("Motion") [Doc. 159, filed March 27, 2024], this Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that:

1. Defendant's deadline to respond to Plaintiff's Motion to Quash Subpoena of Plaintiff's Ex-Husband (Dkt. 146) is hereby extended to April 3, 2024;

2. Defendant's deadline to respond to Plaintiff's Motion to Quash Subpoena of Plaintiff's Probation Officer (Dkt. 147) is hereby extended to April 3, 2024;

3. Plaintiff's deadline to respond to Defendants' Motion to Quash Subpoena of Cindy Hammons (Dkt. 145) is hereby extended to April 3, 2024; and

4. Plaintiff's deadline to respond to file its reply in support of her Motion for Attorney Fees (Dkt. 136) is hereby extended to April 3, 2024.

                                                               Kevin R. Sweazea
                                                               United States Magistrate Judge