# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NADEEN ALSAADI,

      Plaintiff,                           No: 2:23-cv-00291-KG-KRS

vs.

SAULSBURY INDUSTRIES, INC.,

      Defendant.

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NON-PARTY WITNESS ADRIAN DONACIO

After reviewing the Defendant's Unopposed Motion to Compel Compliance with Subpoena to Non-Party Witness Adrian Donacio ("Motion") [Doc. 201, filed May 24, 2024], this Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Adrian Donacio shall appear for his properly noticed deposition and coordinate with Defendant's attorney to find a mutually agreeable time.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE