IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NADEEN ALSAADI,

      Plaintiff,

vs.

No: 2:23-cv-00291-KG-KRS

SAULSBURY INDUSTRIES, INC.,

      Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NON-PARTY WITNESS FEED ALSAADI**

After reviewing the Defendant's Unopposed Motion to Compel Compliance with Subpoena to Non-Party Witness Feed Alsaadi ("Motion") [Doc. 202, filed May 24, 2024], this Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Feed Alsaadi shall appear for his properly noticed deposition and coordinate with Defendant's attorney to find a mutually agreeable time.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE