# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

NADEEN ALSAADI,

   Plaintiff,

v.                                                               No. 2:23-cv-291 KG/KRS

SAULSBURY INDUSTRIES, INC.,

   Defendant.

## ORDER

This matter is before the Court on Defendant's Opposed Motion for Continuance of Current Trial Setting and Pretrial Deadlines, filed May 7, 2024. (Doc. 189). The motion is fully and timely briefed. *See* (Docs. 193, 196). The Court held a hearing on May 31, 2024, at which Robert Oller and Peter Prynkiewicz appeared for the Defendant and Jamison Barkley appeared for the Plaintiff. Having considered the briefing, the record, and the relevant law, and for the reasons stated at hearing, the Court grants the Motion with respect to continuing the trial and extending the deadlines as follows:

| Event | Date/Deadline |
|---|---|
| Jury Trial | October 21, 2024 (7 days) in Las Cruces, NM |
| Pretrial Conference | October 16, 2024 @ 1:30 p.m. (will consider via Zoom) |
| Motions in Limine | August 23, 2024 |
| Response to Motions in Limine | September 6, 2024 |
| Jury Instructions and Exhibit/Witness Lists | September 27, 2024 |
| Proposed Voir Dire | September 27, 2024 |

| Pretrial Order | Plaintiff to Defendant: September 13, 2024<br>Defendant to Court: September 27, 2024 |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE