IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NADEEN ALSAADI,

    Plaintiff,

vs.                              No: 2:23-cv-00291-KG-KRS

SAULSBURY INDUSTRIES, INC.,

    Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NON-PARTY WITNESS MOHAMMED SALEH**

After reviewing the Defendant's Unopposed Motion to Compel Compliance with Subpoena to Non-Party Witness Mohammed Saleh ("Motion") [Doc. 213, filed June 28, 2024], this Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Mohammed Saleh shall appear for his properly noticed deposition and coordinate with Defendant's attorney to find a mutually agreeable time.

*/s/ Kevin Sweazea*
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE