IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NADEEN ALSAADI,

      Plaintiff,                                 No: 2:23-cv-00291-KG-KRS

vs.

SAULSBURY INDUSTRIES, INC.,

      Defendant.

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

After reviewing the Parties' Joint Motion for Extension of Time to File Responsive Pleadings ("Motion") [Doc. 216, filed July 3, 2024], this Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that:

1. Plaintiff's deadline to respond to Defendant's Motion for Partial Summary Judgment (Dkt. 210) is hereby extended to July 15, 2024;

2. Plaintiff's deadline to respond to Defendant's Daubert Motion (Dkt. 211) is hereby extended to July 15, 2024; and

3. Defendant's deadline to respond to Plaintiff's Motion to Exclude Defendant's Expert Witness on Mitigation (Dkt. 212) is hereby extended to July 15, 2024.

Kevin R. Sweazea
United States Magistrate Judge