IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NADEEN ALSAADI,**

    **Plaintiff,**

v.                            2:23-cv-00291-KG-KRS

**SAULSBURY INDUSTRIES, INC.**

    **Defendant.**

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ORDER TO COMPEL NON-PARTY MS. CINDY HAMMONS' APPEARANCE AT DEPOSITION

Before the Court is Plaintiff's Unopposed Motion for Order to Compel Non-Party Ms. Cindy Hammons' Appearance at Deposition, (Doc. 215). The Court is fully apprised and finds that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Unopposed Motion for Order to Compel Non-Party Ms. Cindy Hammons' Appearance at Deposition is GRANTED pursuant to FED. R. CIV. P. 30 and 45. This Court hereby ORDERS Ms. Cindy Hammons of Theodore Alabama, spouse of Mr. Anthony Hammons, to appear and give deposition testimony.

    **IT IS SO ORDERED.**

                                               HON. KEVIN R. SWEAZEA
                                               United States Magistrate Judge

**Submitted:**

LAW OFFICE OF JAMISON BARKLEY, LLC

<u>**s/ Jamison Barkley**</u>
316 Garfield St.
Santa Fe, NM 87501
(505) 995-9602
jamison@jamisonbarkley.com
*Plaintiff's Counsel*


**Approved:**

<u>*Shawn Oller via Email 7/3/24*</u>
Littler Mendelson, P.C.
Shawn Oller
Yijee Jeong (*Pro Hac Vice*)
Peter Prynkiewicz (*Pro Hac Vice*)
2425 East Camelback Rd. #900
Phoenix, AZ 85016
(602) 474-3600
soller@littler.com
yjeong@littler.com
pprynkiewicz@littler.com
*Attorneys for Defendant*