**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**NADEEN ALSAADI,**

         **Plaintiff,**

**v.**                         **2:23-cv-00291-KG-KRS**

**SAULSBURY INDUSTRIES, INC.**

         **Defendant.**

**STIPULATED ORDER GRANTING**
**UNOPPOSED MOTION TO EXCEED TWENTY-FOUR PAGES IN RESPONSE BRIEF**

       **THIS MATTER** came before the Court on consideration of Plaintiff Nadeen Alsaadi's Unopposed Motion to Exceed Twenty-Four Pages in Response Brief (Doc. 223). The Court has reviewed the Unopposed Motion to Exceed Twenty-Four Pages in Response Brief and concludes that there is good cause for granting the Motion.  The Court finds that the Unopposed Motion is GRANTED.

       **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

A.    Plaintiff's Unopposed Motion to Exceed Twenty-Four Pages in Response Brief is GRANTED; and

B.    Plaintiff may file a Response Brief of no more than thirty pages.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY**:
**s/ Jamison Barkley**
Jamison Barkley
Law Office of Jamison Barkley, LLC
316 Garfield St.
Santa Fe, NM 87501
(505) 995-9602
jamison@jamisonbarkley.com

**APPROVED BY:**
Littler Mendelson, P.C.
*Shawn Oller via email 7/19/24*
Shawn Oller
Peter Prynkiewicz (*Pro Hac Vice*)
Yijee Jeong (*Pro Hac Vice*)
2425 East Camelback Rd. # 900
Phoenix, AZ 85016
(602) 474-3600
soller@littler.com
pprynkiewicz@littler.com
yjeong@littler.com