IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NADEEN ALSAADI,

        Plaintiff,                       No: 2:23-cv-00291-KG-KRS

vs.

SAULSBURY INDUSTRIES, INC.,

        Defendant.

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

After reviewing the parties' Joint Motion for Extension of Time ("Motion") (Doc. 240), filed August 23, 2024, this Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that the deadline to file motions *in limine* is extended to August 30, 2024.

_____
UNITED STATES DISTRICT JUDGE