IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NADEEN ALSAADI,

    Plaintiff,

v.                                       2:23-cv-291-KG-KRS

SAULSBURY INDUSTRIES, INC.,

    Defendant.

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter came before the Court on the Parties' Stipulation of Dismissal with Prejudice (Doc. 252). The Court, being fully advised and having reviewed the Stipulation, FINDS the Stipulation is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned proceeding is hereby dismissed with prejudice, with each Party to bear its own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Submitted and Approved:
LAW OFFICE OF JAMISON BARKLEY, LLC

s/ **Jamison Barkley**
Jamison Barkley
316 Garfield St.
Santa Fe, NM 87501
(505) 995-9602
jamison@jamisonbarkley.com
*Plaintiff's Counsel*

*and*

/s/ R. Shawn Oller
R. Shawn Oller (NM State Bar No. 8787)
soller@littler.com
Peter C. Prynkiewicz (Pro Hac Vice)
pprynkiewicz@littler.com
Yijee Jeong (Pro Hac Vice)
yjeong@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Rd. #900
Phoenix, AZ  85016
602.474.3600
*Attorneys for Defendant*